1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

BOARDS OF TRUSTEES OF THE
LOCAL 191 IBEW HEALTH AND
WELFARE TRUST FUND, et al.,

                  Plaintiffs,

      v.

SOLECTRIC LLC and GREAT
AMERICAN INSURANCE
COMPANY,

                 Defendants.

CASE NO. C22-1246 MJP

ORDER RE: ANSWER

18

19

20

21

22

23

24

      The Court has reviewed the Answer filed by Sareena Presnell, who is not a named party in this action. (Dkt. No. 3.) Based on the Court's review of the Complaint, it appears that Ms. Presnell is the owner of Defendant Solectric LLC and she attempted to file the Answer on its behalf. (See Compl. Ex. A at 1; Dkt. No. 3.) But because Solectric LLC is a business entity, it must be represented by an attorney. See Local Civil Rule 83.2(b)(4) (available at

https://www.wawd.uscourts.gov/sites/wawd/files/WAWD%20All%20Local%20Civil%20Rules

1    %20Clean%202022.pdf). The Court therefore GRANTS Solectric 30 days from entry of this

2    Order to retain an attorney to represent it in this action. Within 30 days of entry of this Order,

3    counsel must file a notice of appearance and responsive pleading. If Solectric fails to do so, the

4    Court will STRIKE the Answer, which means that the Court will not consider Solectric to have

5    responded to the Complaint as required by Federal Rule of Civil Procedure 12. The Court warns

6    Solectric that this may lead to entry of default and default judgment against Solectric and in

7    Plaintiffs' favor.

8        The clerk is ordered to provide copies of this order Ms. Presnell and to all counsel.

9        Dated October 11, 2022.

10

11                      Marsha J. Pechman
                                   United States Senior District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER RE: ANSWER - 2