|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARDS OF TRUSTEES OF THE LOCAL 191 IBEW HEALTH AND WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

SOLECTRIC LLC and GREAT AMERICAN INSURANCE COMPANY,

Defendants.

CASE NO. C22-1246 MJP

ORDER STRIKING ANSWER

The Court previously issued an Order regarding the Answer filed by Sareena Presnell, who is not a named party in this action or an attorney. (Dkt. No. 4.) It appears that Ms. Presnell acted on behalf of Defendant Solectric LLC. (Id.) But as the Court noted, because Solectric LLC is a business entity, it must be represented by an attorney. See Local Civil Rule 83.2(b)(4) (available at

https://www.wawd.uscourts.gov/sites/wawd/files/WAWD%20All%20Local%20Civil%20Rules

ORDER STRIKING ANSWER - 1

%20Clean%202022.pdf). In the Order, the Court granted Solectric LLC 30 days to retain an attorney to represent it in this action or its Answer would be stricken. (Dkt. No. 4.) More than 30 days have passed since the Court issued its Order and no attorney has appeared on Solectric LLC's behalf. Accordingly, the Court STRIKES the Answer, which means that the Court will not consider Solectric LLC to have responded to the Complaint as required by Federal Rule of Civil Procedure 12. As previously warned, this could lead to entry of default and default judgment against Solectric LLC.

The clerk is ordered to provide copies of this order Ms. Presnell and to all counsel.

Dated November 14, 2022.

Marsha J. Pechman
United States Senior District Judge