UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 IBEW HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOLECTRIC LLC and GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendants. | CASE NO. C22-1246 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court set a deadline of November 28, 2022 for the parties to file a Joint Status Report. (Dkt. No. 7.) The parties have not filed a Joint Status Report as required. The parties must file a Joint Status Report or Plaintiffs must move for default (if appropriate) by no later than January 11, 2023. The Court warns Plaintiffs that failure to meet these deadlines may lead

MINUTE ORDER - 1

to dismissal of this matter without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed December 14, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2