UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 IBEW HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOLECTRIC LLC and GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendants. | CASE NO. C22-1246 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court set a deadline of November 28, 2022 for the parties to file a Joint Status Report. (Dkt. No. 7.) Plaintiffs moved for and obtained an entry of default against Defendant Solectric LLC after the claims against Defendant Great American Insurance Company were dismissed. (See Dkt. Nos. 9, 14.) But Plaintiffs have not filed a Joint Status Report or moved for

MINUTE ORDER - 1

entry of default judgment. By no later than March 1, 2023, Plaintiffs must either file a Joint Status Report or move for entry of default judgment against Solectric. Failure to meet this deadline may lead to dismissal of this action without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed February 15, 2023.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Serge Bodnarchuk
                                          Deputy Clerk