UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 IBEW HEALTH AND WELFARE TRUST FUND, et al., | CASE NO. C22-1246 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SOLECTRIC LLC and GREAT AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Having reviewed Plaintiffs' Status Report (Dkt. No. 17), the Court hereby extends the deadline by which the Parties must file a Joint Status Report or Plaintiffs must move for entry of default judgment to May 5, 2023.

\\

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed February 28, 2023.

3
                                        Ravi Subramanian
4                                       Clerk of Court

5                                        s/Serge Bodnarchuk
                                        Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2